IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARRON, KENNETH WYLIE, and WILLIAM CAMPBELL,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE CITY OF GRANITE CITY, ILLINOIS,<br><br>*Defendant.* | Case No. 3:19-cv-00834-SMY-MAB |

### DECLARATION OF SAMUEL B. GEDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Samuel B. Gedge, declare under penalty of perjury that all of the following is true:

1. I am a citizen of the United States, a resident of the Commonwealth of Virginia, and more than 18 years old. All of the following testimony is based on my personal knowledge.

2. I have prepared the following exhibits to Plaintiffs' Motion for Preliminary Injunction in the above-captioned action.

3. Exhibit 1 is a true and correct copy of a document entitled "City of Granite City Crime Free Multi-Housing Program" and publicly available on the City of Granite City's website at http://www.granitecity.illinois.gov/docs/CFMH/Complete_CFMH_Program_Manual.pdf.

4. Exhibit 2 is a true and correct copy of a document entitled "LEASE ADDENDUM FOR CRIME FREE HOUSING" and publicly available on the City of Granite City's website at http://www.granitecity.illinois.gov/docs/CFMH/2.%20Crime%20Free%20Lease%20Addendum%20(00077742).pdf.

5.      Exhibit 3 is a true and correct copy of a document entitled "ORDINANCE 8343 AN ORDIANCE AMENDING EXHIBIT B – LEASE ADDENDUM FOR CRIME FREE HOUSING OF SECTIONS 5.142.050 & 5.142.060 OF THE GRANITE CITY MUNICIPAL CODE" and publicly available within the "City of Granite City Crime Free Multi-Housing Program" published and publicly available on the City of Granite City's website at http://www.granitecity.illinois.gov/docs/CFMH/Complete_CFMH_Program_Manual.pdf.

6.      Exhibit 4 is composed of true and correct copies of three orders in *People of the State of Illinois v. Jason Lynch*, Case No. 19-CF-1675, each bearing the seal of the Clerk of Circuit Court, Third Judicial Circuit, Madison County, Illinois. In accordance with SDIL-LR 5.1(d), an individual's date of birth has been redacted from this exhibit.

I declare under penalty of perjury that all the foregoing is true and correct.

Executed on August 2, 2019.

_____
Samuel B. Gedge