**EXHIBIT 2**

**TO DECLARATION OF SAMUEL B. GEDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# LEASE ADDENDUM FOR CRIME FREE HOUSING

In consideration of the execution of a lease of the dwelling unit identified in the lease, Lessee and Lessor agree as follows:

1. Lessee or any member of lessee's household, shall not engage in criminal activity, including drug-related criminal activity, within the city limits of the City of Granite City.  "Drug-related criminal activity" means the illegal manufacture, sale distribution, use or possession with intent to manufacture, sell, distribute, or use a controlled substance (as defined in section 102 of the Controlled Substance Act 21 U.S.C sect 12).
2. Lessee's guest or other person under the lessee's control shall not engage in criminal activity, including drug-related criminal activity, on or near the premise.  "Drug-related criminal activity" means the illegal manufacture, sale distribution, use or possession with intent to manufacture, sell, distribute, or use a controlled substance (as defined in section 102 of the Controlled Substance Act 21 U.S.C sect 12).
3. Lessee or members of lessee's household, <u>shall not engage in any act intended to facilitate criminal activity,</u> including drug-related criminal activity within the city limits of the City of Granite City.
4. Lessee's guest or other person under the lessee's control <u>shall not engage in any act intended to facilitate criminal activity,</u> including drug related criminal activity, on or near the property premise, regardless of whether or not the individual engaging in such activity is a household member or guest.
5. Lessee or a member of the lessee's household will not engage in the manufacture, sale, possession or distribution of illegal drugs <u>at any location whether on or near property premise or otherwise.</u>
6. Lessee, any member of the lessee's shall not engage in acts of violence or threats of violence, including but not limited to, the unlawful discharge of firearms within the city limits of the City of Granite City.
7. Lessee's guest or other person under the lessee's control shall not engage in acts of violence or threats of violence, including but not limited to, the unlawful discharge of firearms, on or near property premise.
8. Lessee, or a member of lessee's household, shall not engage in any criminal activity found to be equivalent to a Forcible Felony at any location, on the property premise or otherwise.  "FORCIBLE FELONY" is defined as treason, first degree murder, second degree murder, predatory criminal sexual assault of a child, aggravated criminal sexual assault, criminal sexual assault, robbery, burglary, residential burglary, aggravated arson, arson, aggravated kidnapping, kidnapping, aggravated battery resulting in great bodily harm or permanent disability or disfigurement and any other felony which involves the use or threat of physical force or violence against any individuals. (720 ILCS 5/2-8).
9. <u>VIOLATION OF ANY OF THE ABOVE PROVISIONS SHALL BE A MATERIAL VIOLATION OF THE LEASE AND GOOD CAUSE FOR TERMINATION OF TENANCY.</u>  A single violation of the provisions of this addendum shall be deemed a serious violation and material noncompliance with the lease.  It is understood and agreed that a single violation of any of the provisions listed above shall be good cause

      for termination of lease, unless otherwise provided by law. Proof of violation shall not require criminal conviction, but shall be by a preponderance of the evidence.
10. In case of conflict between the provisions of this addendum and any other provision of the lease, the provisions of this addendum shall govern.
11. This lease is incorporated into the lease between the Owner/Landlord or its agent and lessee.

_____
PROPERTY ADDRESS

_____          _____
LESSEE                    DATE                              OWNER/LANDLORD/AGENT

_____          _____
LESSEE                    DATE                              OWNER/LANDLORD/AGENT

77742