**EXHIBIT 3**

**TO DECLARATION OF SAMUEL B. GEDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

ORDINANCE 8343

AN ORDINANCE AMENDING EXHIBIT B - LEASE ADDENDUM
FOR CRIME FREE HOUSING OF SECTIONS 5.142.050 & 5.142.060
OF THE GRANITE CITY MUNICIPAL CODE

Whereas, the City of Granite City is a home rule unit per article VII section 6 of the Illinois State Constitution of 1970; and

Whereas, the City Council of Granite City finds that the rental and lease of residential housing is a common business within the City of Granite City which should be regulated to help reduce the risk of neighborhood property devaluation, to reduce the risk of crime and to promote the public safety and welfare; and

Whereas, it is the intent of this Ordinance to continue to discourage the use of residential properties as a haven for criminal activity and drug related offenses; and

Whereas, the City Council of Granite City finds that the regulation of rental and lease residential housing will be better served by amending the Lease Addendum for Crime Free Housing to include as prohibited all Forcible Felonies no matter where said felony occurs and all criminal activity within the city limits of the City of Grarlite City, revised Lease Addendum for Crime Free Housing attached here to as Exhibit A;

Whereas, it is not the intention of this Ordinance to in any way discourage victims of domestic violence or dating violence, from contacting law enforcerri.ent authorities.

Now therefore, be it ordained by the City Council of the City of Granite City, Illinois that the Lease Addendum for Crime Free Housing currently referenced as Exhibit B in the Granite City Municipal Code Section 5.142.050 Subparagraph C(3) and Section. 5.142.060 shall be amended as indicated in Exhibit A. The effective date of this Amendment: shall be June 1, 2013.

Passed this 2nd day of April, 2013.

APPROVE: _____
Mayor Edward Hagnauer

ATTEST:

_____
City Clerk Judy Whitaker

77749

Gedge Declaration Ex. 3 - Page 1

# LEASE ADDENDUM FOR CRIME FREE HOUSING

In consideration of the execution of a lease of the dwelling unit identified in the lease, Lessee and Lessor agree as follows:

1. Lessee or any member of lessee's household, shall not engage in criminal: activity, including drug-related criminal activity, within the city limits of the City of Granite City "Drug-related criminal activity" means the illegal manufacture, sale distribution, use or possession with intent to manufacture, sell, distribute, or use a controlled substance (as defined in section I 02 of the Controlled Substance Act 21 U.S.C sect 12).
2. Lessee's guest or other person under the lessee's control shall not engage in criminal activity, including drug-related criminal activity, on or near the premise. "Drug related criminal activity" means the illegal manufacture, sale distribution, use or possession with intent to manufacture, sell, distribute, or use a controlled substance (as defined in section l 02 of the Controlled Substance Act USC sect J 2).
3. Lessee or members of lessee's household <u>shall not engage in any act intended to facilitate criminal activity</u>, including drug-related criminal activity within the city limits of the City of Granite City.
4. Lessee's guest or other person under the lessee's control <u>shall not engage in any act intended to facilitate criminal activity</u>, including drug related criminal activity, on or near the property premise, regardless of whether or not the individual engaging in such activity is a household member or guest
5. Lessee or a member of the lessee's household will not engage in the manufacture, sale, possession or distribution of illegal drugs <u>at any location whether on or near property premise or otherwise.</u>
6. Lessee, any member of the lessee's shall not engage in acts of violence or threats of violence, including but not limited to, the unlawful discharge of firearms within the city limits of the City of Granite City.
7. Lessee's guest or other person under the lessee's control shall not engage in acts of violence or threats of violence, including but not limited to, the unlawful discharge of firearms, on or near property premise.
8. Lessee, or a member of lessee's household, shall not engage in any criminal activity found to be equivalent to a Forcible Felony at any location, on the property premise or otherwise. "FORCIBLE FELONY" is defined as treason, first degree murder, second degree murder, predatory criminal sexual assault a child, aggravated criminal sexual assault, criminal sexual assault, robbery, burglary, residential burg1ary, aggravated arson, arson, aggravated kidnapping, kidnapping, aggravated battery resulting in bodily harm or permanent disability or disfigurement and any other felony which involves the use or threat of physical force or violence against any individuals (720 ILCS 5/2-8).
9. <u>VIOLATION OF ANY OF THE ABOVE PROVISIONS SHALL BE A MATERIAL VIOLATION OF THE LEASE AND GOOD CAUSE FOR TERMINATION OF TENANCY.</u> A single violation of the provisions of this addendum shall be deemed a serious violation and material noncompliance with the lease. It is understood and agreed that a single violation of any of the provisions listed above shall be good cause for termination of lease, unless otherwise provided by law. Proof of violation shall not require criminal conviction, but shall be by a preponderance of the evidence.
10. In case of conflict between the provisions of this addendum and any other provision of the lease, the provisions of this addendum shall govern.
11. This lease is incorporated into the lease between the Owner/Landlord or its agent and lessee.

_____
PROPERTY ADDRESS

| _____   _____ | _____ |
|---|---|
| LESSEE                    DATE    | OWNER/LANDLORD/ AGENT |

| _____   _____ | _____ |
|---|---|
| LESSEE                    DATE    | OWNER/LANDLORD/ AGENT |

77742