**EXHIBIT 4**

**TO DECLARATION OF SAMUEL B. GEDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
JUN 03 2019
CLERK OF CIRCUIT COURT #65
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) Case No. 18-CF-2870, 19-CF-1675
)
JASON LYNCH )

**ORDER**

State's Attorney: **JIM BUCKLEY**              Defense Attorney: **NEIL HAWKINS**

Charge: **BURGLARY**            **18CF2870**
Charge: **BURGLARY**            **19CF1675**

Case is called for a change of plea. All parties present. The negotiations are stated on the record to which all agree. Defendant stipulates to a factual basis and waives P.S.I. Criminal history is stated.

The defendant changes his plea on listed charges to guilty. The defendant is admonished as to his rights and persists in said plea. Plea is accepted. Finding and judgment of guilt are pronounced.

P.S.I. is waived and defendant makes statement. Defendant is sentenced as follows:

☐ Sentenced to D.O.C. for a period of _____ with credit for time served.
☒ Sentenced to Probation for a period of TWO YEARS        Unsupervised ☐;
☐ Ordered to pay fine in the amount of $_____;
☐ Drug Assessment $_____;
☐ Ordered to pay Court Costs;
☐ Ordered to pay lab fee in the amount of $_____;
☐ Ordered to pay restitution in the amount of $_____ to _____;
☐ Ordered to pay P.S.F. in the amount of $50 per month;
☒ Other: SEE PROBATION ORDER

Defendant acknowledges sentence and is advised of appeal rights.

**DATE: May 31, 2019**

Court Reporter: NPORTER

_____
Hon. KYLE NAPP
Judge Presiding

Gedge Declaration Ex. 4 - Page 1

| STATE OF ILLINOIS | | IN THE CIRCUIT COURT |
|---|---|---|
| COUNTY OF MADISON | SS. THE PEOPLE OF THE STATE OF ILLINOIS VS. | THIRD JUDICIAL CIRCUIT OF ILLINOIS |

☐ CHECK IF UNSUPERVISED

NAME: Jason Lynch
NUMBER AND STREET: 1632 Maple
CITY AND STATE: Granite City Il
TELEPHONE: [redacted]
DATE OF BIRTH: [redacted]

CASE NO. 18 CF 2870  (19CF 1475)
OFFENSE: Burglary
STATUTE: 720 ILCS 5/19-1(a)
CLASS: 2

**FILED MAY 31 2019**
CLERK OF CIRCUIT COURT #40
THIRD JUDICIAL CIRCUIT

## COURT ORDER OF PROBATION

Date: 5/31/2019

Defendant present in open Court and represented by Counsel, Neil Hawkins. People represented by Assistant State's Attorney, James Buckley. The application for probation comes on for hearing. Evidence presented. The Court finds that it is not prohibited by law or by the nature and circumstances of the offense, or the history, character and condition of the offender from imposing a sentence of probation.

IT IS THEREFORE ORDERED by the Court that the application of the defendant, Jason Lynch, for release on probation be granted for a period of 24 months, upon the following terms and conditions:

1) That said defendant shall not violate any criminal statute of any jurisdiction.
2) That said defendant shall refrain from possessing a firearm or other dangerous weapon and shall surrender his or her Firearm Owner's Identification Card, and any and all firearms in his or her possession, at a time and place designated by the Court or the Probation Department in accordance with 730 ILCS 5/5-6-3(a)(9).
3) That said defendant shall submit specimen(s) of blood, saliva, or tissue to the Illinois State Police within 45 days; shall cooperate with the probation department or its designee with the collection of such specimen(s); and shall pay any fees associated with the collection and analysis of said specimen(s) in accordance with 730 ILCS 5/5-4-3.
4) That said defendant shall receive advance authorization from his probation officer before leaving the State of Illinois unless otherwise ordered by the Court.
5) That said defendant shall permit the probation officer to visit him at his home or elsewhere to the extent necessary to discharge his duties.
6) That said defendant shall work or pursue a course of study or vocational training.
7) That said defendant shall appear in person in the Probation Office as directed by his probation officer.
8) That said defendant shall notify his probation officer of any changes of residency within 48 hours. Shall not move outside of Madison County without prior approval from the Probation Department.
9) That said defendant shall report all arrests to his probation officer within 48 hours.
10) That said defendant shall submit urine/saliva specimens as deemed appropriate by his probation officer.
11) That said defendant upon committing a technical violation of this Court Order is subject to the Administrative Adjustments Program established by General Administrative Order.
12) That said defendant agrees to complete assessment(s) conducted by the probation department and shall comply with all programs deemed necessary as established by General Administrative Order.
13) That said defendant shall pay a probation service fee of $50 per month pursuant to Statute and General Administrative order, payable through the Clerk of the Court by application of bail or other means established by order of the Court or General Administrative Order.

☐ That said defendant shall pay a fine of $_____, court costs of $ ✓, restitution of $ Reserved. Balance to be paid within sixty (60) days of sentencing unless otherwise ordered by Court.

☐ That said defendant shall complete _____ hours of Public Service as directed by the probation department.

SPECIAL CONDITIONS: Ct to retain jurisdiction for possible reduction to a misdemeanor. D to get alcohol evaluation. Transfer to MO for supervision if needed.

It is the further Order of the Court, and the defendant is hereby advised, that the court may at any time during the said period of probation revoke or modify any conditions or reduce the period of said probation or may discharge the defendant from probation, as provided by law. The defendant shall be subject to arrest for any alleged violation of any condition of said probation. If such probation is revoked, the court may impose any other sentence that is permitted as prescribed by law.

This 31st day of May, 2019

Judge: [signature]

CERTIFICATION OF SERVICE: I hereby acknowledge that I have received a copy of this Sentence of Probation and fully understand the rules and provisions contained herein, and understand that I must report immediately to the probation office upon receipt of this order. I further understand and acknowledge that I can be resentenced on the original offense should my Sentence of Probation be revoked by the court for a violation of any of the conditions of said probation. I hereby AUTHORIZE RELEASE of pertinent information from any counseling/treatment, hospital/physician, psychologist/psychiatrist or other relevant agency to Madison County Probation Department, and authorize said Department to exchange pertinent information with other relevant agencies.

This 31st day of May, 2019

Probationer: Jason S. Lynch

Signed and witnessed this 31st day of May, 2019

Attorney for Defendant: Neil K. Hawkins
Assistant State's Attorney: [signature]

White: Court   Green: Defendant   Yellow: Attorney   Pink: Probation Department   Gold: State's Attorney

Gedge Declaration Ex. 4 - Page 2

49-S

# THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, ILLINOIS

People
_____
Plaintiff/Petitioner

vs.

Jason Lynch
_____
Defendant/Respondent

No. 18-CF-2270
    19CF-1475

Div. _____

## ORDER

Defendant ordered to be released from the custody of the Madison County Jail

**FILED**
MAY 31 2019
CLERK OF CIRCUIT COURT #40
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

Date May 31, 2019

_____
Judge