# AFFIDAVIT OF RETURN OF SERVICE

ST. LOUIS COUNTY )  RE: JESSICA BARRON, et al. v.
THE CITY OF GRANITE CITY,
ILLINOIS
United States District Court
Southern District of Illinois
Case No. 3:19-cv-00834-SMY-MAB

Mark B. Smith, of Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 21 years; that he is a disinterested party to this action; and that he served a copy of the attached Plaintiff's Motion For Oral Argument on defendant The City of Granite City, Illinois, by personal service on Judy Whitaker, City Clerk/Authorized Designee, at 2000 Edison Ave., Granite City, Illinois 62040 on August 6, 2019, 1:30 p.m.

MARKELL & ASSOCIATES, INC.

*[signature]*

Mark B. Smith

Private Investigator
State of Missouri
License #2010019303

Private Detective
State of Illinois
License #115.001875

Subscribed to and sworn before me, a Notary Public on this 6th day of August, 2019.

*[signature]*

Notary Public

KERRY STOCHL
My Commission Expires
March 20, 2021
Franklin County
Commission #13497041

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JESSICA BARRON, KENNETH WYLIE,
and WILLIAM CAMPBELL,

                *Plaintiffs,*

v.

THE CITY OF GRANITE CITY, ILLINOIS,

                *Defendant.*

Case No. 3:19-cv-00834-SMY-MAB

---

**PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

---

In accordance with SDIL-LR 7.1(h), Plaintiffs request oral argument on their motion for preliminary injunction (ECF 6), which was filed August 2 and served personally on Defendant the same day. *See* Aff. Return Serv. 1 (ECF 9). Plaintiffs believe oral argument would assist the Court's consideration of the important constitutional questions their motion presents. Given the motion's urgency—Granite City has taken escalating steps to try to force Plaintiffs Barron and Wylie out of their home—Plaintiffs also ask that oral argument be scheduled as soon as practicable after the close of briefing.

Dated: August 6, 2019.

Bart C. Sullivan, #6198093
FOXGALVIN, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
Phone: 314.588.7000
Facsimile: 314.588.1965
E-mail: bsullivan@foxgalvin.com

Respectfully submitted,

s/Samuel B. Gedge
Samuel B. Gedge
Robert McNamara
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: 703.682.9320
Facsimile: 703.682.9321
E-mail: sgedge@ij.org; rmcnamara@ij.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2019, a true and correct copy of the foregoing Plaintiffs' Motion for Oral Argument was dispatched to a third-party process server for service to the following Defendant:

The City of Granite City, Illinois
c/o Mayor Ed Hagnauer/City Clerk Judy Whitaker
2000 Edison Avenue
Granite City, IL 62040

s/Samuel B. Gedge
Samuel B. Gedge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed this *Affidavit of Service* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Defendants:

    Erin Phillips
    Bradley Young
    UNSELL, SCHATTNIK & PHILLIPS, P.C.
    3 South 6th Street
    Wood River, IL 62095
    Phone: (618) 258-1800
    Fax: (618) 258-1957
    Email: Erin.phillips7@gmail.com;
    bradleyyoung925@gmail.com

    *Attorneys for Defendant*

    s/ Samuel B. Gedge
    Samuel B. Gedge, VA Bar No. 80387
    INSTITUTE FOR JUSTICE
    901 N. Glebe Road, Suite 900
    Arlington, VA 22203
    Phone: (703) 682-9320
    Facsimile: (703) 682-9321
    E-mail: sgedge@ij.org