# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARRON et al., | ) |
| | ) |
| Plaintiffs, | )  No. 19-cv-00834-SMY-MAB |
| | ) |
| vs. | ) |
| | ) |
| CITY OF GRANITE CITY, ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT**

State of Illinois ) SS.
County of Madison )

I, Ed Hagnauer, being duly sworn on oath, deposes and states as follows:

1. This affidavit is made on my personal knowledge, and, if sworn as a witness at trial or evidentiary hearing in this cause, I could competently testify to the following facts:

2. I am the Mayor of the City of Granite City, Illinois. I have been the Mayor of the City of Granite City since April 2005.

3. As Mayor, I am aware of and familiar with the City of Granite City's Crime-Free Housing Ordinance.

4. The City of Granite City has no power to directly evict or to directly initiate eviction proceedings against Jessica Barron and/or Kenneth Wylie. The City has not filed or initiated any eviction proceedings against them.

5. Rather the City's enforcement power under the Crime-Free Housing Ordinance is the ability to review and revoke a non-compliant landlord's business license assigned to the particular property.

6. Before any action to revoke a landlord's business license may be taken pursuant to the Crime-Free Housing Ordinance, the landlord or tenants may file for a pre-deprivation hearing before the hearing officer. No action may be taken against a

landlord during the pendency of such a hearing unless and until a decision is made by the hearing officer finding the landlord improperly failed to comply with the Crime-Free Housing Ordinance.

7. Should the hearing officer enter a ruling in favor of Bill Campbell, the City cannot take any further action to enforce the Crime-Free Housing Ordinance against Bill Campbell as to the notice issued by Crime-Free Housing dated May 23, 2019 related to the 1632 Maple Street property.

8. Bill Campbell filed for a pre-deprivation hearing as related to these matters on August 1, 2019. The hearing has been scheduled for September 9, 2019.

9. As such, the City has no authority to take any action against Bill Campbell with respect to the May 23, 2019 notice related to the 1632 Maple property unless and until the hearing officer rules in the City's favor.

10. The City has not filed for or requested any license revocation hearing against Bill Campbell related to the May 23, 2019 notice related to the 1632 Maple Street property and will not do so until a decision is issued by the hearing officer as to the pre-deprivation hearing on September 9, 2019.

Ed Hagnauer, Mayor of Granite City, Illinois

SUBSCRIBED AND SWORN TO before me, Notary Public this 16 day of August, 2019.

Judith J. Whitaker
Notary Public

JUDITH J WHITAKER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 25, 2021