# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

JESSICA BARRON et al.,                    )
                                          )
        Plaintiffs,                       )        No. 19-cv-00834-SMY-MAB
                                          )
vs.                                       )
                                          )
CITY OF GRANITE CITY, ILLINOIS,           )
                                          )
        Defendant.                        )

**<u>AFFIDAVIT</u>**

                                          )
State of Illinois                         ) SS.
County of Madison                         )

I, Tim Bedard being duly sworn on oath, deposes and states as follows:

1.    This affidavit is made on my personal knowledge, and, if sworn as a witness at trial in this cause, I could competently testify to the following facts:

2.    I am presently a police officer assigned to the City of Granite City's Crime-Free Housing unit.

3.    I am familiar with the City of Granite City's Crime-Free Housing Ordinance and the actions taken by the City of Granite City Police Department to enforce this ordinance.

4.    Bill Campbell is not subject to arrest by the City of Granite City Police with respect to the matters pending before this court and potential eviction of the Co-Plaintiffs in this matter. Officers enforcing the City's Crime Free Housing Ordinance are not empowered to arrest landlords for failure to comply with the Crime Free Housing Ordinance. Bill Campbell is not under an immediate threat of arrest for failing to comply with the City's Crime Free Housing Ordinance as related to this lawsuit.

5.    I am the Granite City Police officer who attended the June 24, 2019, municipal court hearing. I did not tell Jessica Barron I was "personally evicting" her.

6.    The Crime-Free Housing Ordinance does not allow for a Granite City Police Officer to directly evict or begin eviction proceedings against any tenant for

Page 1 of 2                                        Exhibit

violation of the Ordinance.

7.     I did not tell Jessica Barron that I or any other police officer would arrest Bill Campbell for failing to begin eviction proceedings.  Landlords are not subject to arrest under the Crime-Free Housing Ordinance for failure to comply with said Ordinance.

8.     I was present when Bill Campbell was personally served the Crime-Free Housing Notice of Violation letter. At no time did any of the officers present threaten Bill Campbell with arrest.

9.     The City of Granite City Police have not attempted or sought the arrest of Bill Campbell related to this incident and the City has not filed for eviction proceedings against Jessica Barron and Kenneth Wylie.

10.     On August 1, 2019, Bill Campbell filed a grievance requesting an administrative pre-deprivation hearing as contained in Section 5.142.080 of the Granite City Municipal Code.  Such pre-deprivation hearing is scheduled for September 9, 2019. No action will be taken against Bill Campbell, Jessica Barron and Kenneth Wylie with respect to the Crime Free Housing Ordinance as to 1632 Maple Street until this administrative process is complete and only if a final ruling is made in the City's favor.

11.     Multiple arrests and/or investigations of Jason Lynch in connection with the 1632 Maple Street residence.

Tim Bedard, Granite City Police Officer


SUBSCRIBED AND SWORN TO before me, Notary Public this 16th day of August, 2019.

Notary Public

OFFICIAL SEAL
MARTI R. NEMETH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05-11-2022

Page 2 of  2                                                           Exhibit