IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARRON, KENNETH WYLIE, and WILLIAM CAMPBELL,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF GRANITE CITY, ILLINOIS,<br><br>    Defendant. | Case No. 19-cv-00834-SMY-MAB |

**DECLARATION OF ERIN M. PHILLIPS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Erin M. Phillips, declare under penalty of perjury that all of the following is true:

1. I am a citizen of the United States, a resident of the State of Illinois, and more than 18 years old. All the following testimony is based on my personal knowledge.

2. I have prepared the following exhibits to Defendant's Response to Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter.

3. Exhibit 1 is a true and correct copy of the Lease Addendum for Crime-Free Housing executed by Jessica Barron, Kenneth Wylie and William Campbell as contained in the City of Granite City Building and Zoning Department records.

4. Exhibit 2 is a true and correct copy of the Affidavit executed by the City of Granite City Mayor Ed Hagnauer.

5. Exhibit 3 is a true and correct copy of the Affidavit executed by the City of Granite City Officer Tim Bedard.

6. Exhibit 4 is a true and correct copy of the Installment Real Estate Contract entered into by Jessica Barron, Kenneth Wylie and William Campbell as contained in the City of Granite City Building and Zoning Department records.

7.  Exhibit 5 is a true and correct copy of the Incident Report created by the Granite City Police Department on May 21, 2019 which documents the events surrounding Jason Lynch's arrest on May 21, 2019.

8.  Exhibit 6 is a true and correct certified copy, of Jason Lynch's charging information for the May 21, 2019 arrest, provided pursuant to Federal Rules of Evidence Rule 902.

9.  Exhibit 7 is a true and correct copy of the Incident Report created by the Granite City Police Department on June 17, 2019 which documents the events surrounding Jason Lynch's arrest on June 17, 2019.

10. Exhibit 8 is a true and correct certified copy of Jason Lynch's charging information for the June 17, 2019 arrest, provided pursuant to Federal Rules of Evidence Rule 902.

I declare under penalty of perjury that all the foregoing is true and correct.

Executed on August 19, 2019.

_____
Erin M. Phillips

## Certificate of Service

I hereby certify that on August 19, 2019, I electronically filed **Defendant City of Granite City's Response to Plaintiffs' Motion for Oral Argument & Cross-Motion for Evidentiary Hearing** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert James McNamara        rmcnamara@ij.org
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203

Samuel B. Gedge              sgedge@ij.org
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203

Bart C. Sullivan             bsullivan@foxgalvin.com
Fox Galvin LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102

                                    /s/ Erin Phillips
                                    Erin M. Phillips