IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARRON, KENNETH WYLIE, and WILLIAM CAMPBELL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF GRANITE CITY, ILLINOIS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 19-cv-00834-SMY-MAB <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONSE TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT & CROSS-MOTION REQUESTING AN EVIDENTIARY HEARING**

COMES NOW Defendant CITY OF GRANITE CITY, ILLINOIS by and through its attorneys of the law firm Unsell, Schattnik and Phillips, P.C. and in Response to Plaintiffs' Motion for Oral Argument and Defendant's Cross-Motion Requesting an Evidentiary Hearing states as follows:

On August 6, 2019, Plaintiffs filed a Motion for Oral Argument with this Court, requesting an oral argument for their Motion for Preliminary Injunction. (Doc. No. 10) On August 16, 2019, Defendant filed its Response to Plaintiffs' Motion for Preliminary Injunction. (Doc. No. 14)

Defendant CITY OF GRANITE CITY, ILLINOIS hereby requests an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction. (Doc. No. 6) As Defendant, in its Response (Doc. No. 14) has raised genuine issues of material fact in response to Plaintiffs' motion for a preliminary injunction. Further, such a hearing is necessary, and will assist the Court in deciding the motion.

An evidentiary hearing is required if the nonmoving party raises genuine issues of material fact in response to a motion for a preliminary injunction. *Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167, 1171 (7th Cir.1997). Defendant CITY OF GRANITE CITY, ILLINOIS, has, and intends to introduce, evidence that if believed will so weaken the moving party's case as to affect the judge's decision on whether to issue the injunction. *Promatek Industries, Ltd. v. Equitrac Corp.*, 300 F.3d 808 (7th Cir. 2002).

Particularly Defendant wishes to introduce testimony from: (1) Independent parties, if available, who were involved with the criminal investigations of Jason Lynch, and (2) Additional Granite City Police Officers who were involved with the criminal investigations of Jason Lynch. Defendant further seeks the opportunity to cross-examine Plaintiffs regarding allegations set forth in the Motion for Preliminary Injunction (Doc. No. 6) and Complaint (Doc. No. 1).

WHEREFORE, Defendant CITY OF GRANITE CITY, ILLINOIS, respectfully requests this Court grant Defendant's Request for evidentiary hearing as same will assist the Court in deciding the motion and that the oral argument occur after such evidentiary hearing can be conducted in this matter.

/s/ Erin M. Phillips
Erin M. Phillips, #6289723 (Lead)
Unsell, Schattnik & Phillips, P.C.
3 South 6th Street
Wood River, Illinois 62095
(618)258-1800
erin.phillips7@gmail.com
Attorney for Defendant

## Certificate of Service

I hereby certify that on August 19, 2019, I electronically filed **Defendant City of Granite City's Response to Plaintiffs' Motion for Oral Argument & Cross-Motion for Evidentiary Hearing** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert James McNamara<br>Institute for Justice<br>901 N. Glebe Road<br>Suite 900<br>Arlington, VA 22203 | rmcnamara@ij.org |
| Samuel B. Gedge<br>Institute for Justice<br>901 N. Glebe Road<br>Suite 900<br>Arlington, VA 22203 | sgedge@ij.org |
| Bart C. Sullivan<br>Fox Galvin LLC<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102 | bsullivan@foxgalvin.com |

/s/ Erin Phillips
Erin M. Phillips