IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARRON, KENNETH WYLIE, and WILLIAM CAMPBELL, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 19-cv-834-SMY-MAB |
| vs. | ) ) |
| THE CITY OF GRANITE CITY, ILLINOIS, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 6) and the Joint Motion for Agreed Order on Preliminary Injunction (Doc. 37). The Court having reviewed the pleadings, **GRANTS** the Motions and **ISSUES the following Preliminary Injunction**:

> The Defendant, City of Granite City, Illinois, and its servants, employees, agents, and attorneys, and all persons acting in concert and participation with them, are hereby **ENJOINED and PROHIBITED** from enforcing Granite City Municipal Code § 5.142.050(A)(3) and the Granite City Lease Addendum for Crime Free Housing and any policies and practices associated with Granite City Municipal Code § 5.142.050(A)(3) or the Granite City Lease Addendum for Crime Free Housing (including but not limited to communications with Plaintiffs designed to induce compliance) against Plaintiffs Jessica Barron, Kenneth Wylie and William Campbell with regard to the premises located at 1632 Maple Street, Granite City, Illinois during the pendency of this case.

The Temporary Restraining Order issued on October 9, 2019 is hereby **TERMINATED**. The bond requirement set forth in Federal Rule of Civil Procedure 65 is waived.

**IT IS SO ORDERED.**

**DATED:** October 18, 2019

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**