IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSICA BARRON, KENNETH WYLIE, and WILLIAM CAMPBELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:19-cv-834-SMY |
| THE CITY OF GRANITE CITY, ILLINOIS, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant CITY OF GRANITE CITY, ILLINOIS, by and through its attorneys of the law firm Unsell, Schattnik and Phillips, P.C., and for its Motion for Protective Order states as follows:

1. Federal Rule of Civil Procedure 26(c), provides in the relevant part: "[a] party or any person from whom discovery is sought may move for a protective order in the court where the action is pending...." Fed. R. Civ. P. 26(c).

2. The parties have conferred and agreed to move the Court to enter the proposed protective order. Under Rule 26(c) the Court "may for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense...." Good cause exists here.

3. For example and in support of the need for such a Protective Order, in Plaintiffs' First Set of Requests for Production, Plaintiffs sought "All notices sent under Section 5.142.080(A) of the Granite City Municipal Code on or after March 16, 2010," as well as, "All documents concerning the City's custom, policies, practices, or standard operating procedures for enforcing

the Crime Free Multi Housing Ordinance." Plaintiffs' First Set of Requests for Production additionally requested numerous other documents which contain confidential and sensitive information.

4. The documents which are responsive to these requests include numerous documents which are internal police documents and reports generated and produced internally by Defendant, and not available for public viewing.

5. Additionally, many of the documents requested by Plaintiffs include the names, identifying information and other information which is seen as confidential, regarding non-party residents and former-residents of the City of Granite City, Illinois. As such, a Protective Order is necessary to safeguard the confidential information contained in these documents and prevent such documents and information from being disclosed and/or used for any purpose outside of this litigation.

6. The proposed Protective Order is designed to allow for the parties to make use of the documents as part of this litigation, while protecting the private nature of many of the documents and preventing such documents from being disclosed to non-parties for use outside of this litigation.

7. In order to prevent the open disclosure of any documents which may contain private, sensitive and confidential information, the Defendant requests a protective order under Rule 26(c).

8. Rule 26(c), requires this Motion to "include certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c).

9. Plaintiffs' counsel has stated to Defendant's counsel that they do not oppose the entry of the Protective Order. As such, Defendant City of Granite City, Illinois is seeking entry of the proposed Protective Order.

WHEREFORE, Defendant THE CITY OF GRANITE CITY, ILLINOIS, requests this Court enter the Proposed Protective Order which has been submitted to the Court's proposed documents email pursuant to Rule 26(c).

/s/ Erin M. Phillips
Erin M. Phillips, #6289723 (Lead)
Unsell, Schattnik and Phillips, P.C.
3 South 6th Street
Wood River, IL 62095
(618)258-1800
erin.phillips7@gmail.com
Attorney for Defendant

**Certificate of Service**

I hereby certify that on December 2, 2019, I electronically filed **Defendant's Motion for Protective Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert James McNamara | rmcnamara@ij.org |
| Samuel B. Gedge | sgedge@ij.org |
| Bart C. Sullivan | bsullivan@foxgalvin.com |

/s/ Erin Phillips
Erin M. Phillips